IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHELS CORPORATION,

    Plaintiff,

v.

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND,
*et al.*,

    Defendants.

Case No. 2:12-CV-252

Judge Stadtmueller

**DEFENDANTS' DISCLOSURE STATEMENT**

The undersigned, counsel of record for the Defendants, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

(1)     The full names of the Defendants are as follows: Central States, Southeast and Southwest Areas Pension Fund ("Central States"); and Fred Gegare, Jerry Younger, George J. Westley, Charles A. Whobrey, Howard McDougall,[1] Arthur H. Bunte, Jr., Gary F. Caldwell, and Ronald DeStefano, in their capacity as Trustees of Central States (collectively, the "Trustees").

(2)     Central States is not a corporation. It is a multiemployer pension plan and trust within the meaning of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1002(2). The Trustees are

---

[1]     Although he has been named as a Defendant, Mr. McDougall passed away on January 21, 2012.

-2-

individuals, named as Defendants only in their capacity as fiduciaries and trustees of Central States within the meaning of ERISA, 29 U.S.C. § 1002(21).

(3) The Central States Law Department and its attorneys will appear, or are expected to appear, on behalf of Central States and the Trustees in this matter.

Dated: April 16, 2012					Respectfully submitted,

*/s/ Edward H. Bogle*
Edward H. Bogle, Esq.
Illinois Bar No. 6277152
CENTRAL STATES FUNDS LAW DEPARTMENT
9377 W. Higgins Road
Rosemont, Illinois 60018
Telephone: (847) 518-9800, Ext. 3469
Facsimile: (847) 518-9797
E-mail: ebogle@centralstatesfunds.org

Attorney for Defendants

-2-

-3-

## **CERTIFICATE OF SERVICE**

I, Edward H. Bogle, attorney for the Defendants, certify that on April 16, 2012, I caused the foregoing Defendants' Disclosure Statement to be filed electronically. This filing was served on all parties noted on the electronic filing receipt via the Court's CM/ECF system.

*/s/ Edward H. Bogle*
Edward H. Bogle, Esq.
Attorney for Defendants
